# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

KATHERINE N. MALDONADO HERNANDEZ,

      Plaintiff,

v.                              Case No: 6:22-cv-1832-WWB-LHP

OCTAPHARMA PLASMA, INC.,

      Defendant

---

## ORDER

This cause came on for consideration without oral argument on the following motions filed herein:

> **MOTION:** PLAINTIFF'S MOTION TO COMPEL DEFENDANT TO PROVIDE FORMER EMPLOYEES ADDRESSES (Doc. No. 13)
>
> **FILED:** March 15, 2023
>
> ---
>
> **THEREON** it is **ORDERED** that the motion is **DENIED without prejudice**.

> **MOTION:** PLAINTIFF'S MOTION TO COMPEL DEPOSITION (Doc. No. 14)
>
> **FILED:** March 15, 2023

> **THEREON** it is **ORDERED** that the motion is **DENIED without prejudice**.

Plaintiff has filed two discovery motions, one seeking to compel Defendant to provide the addresses of certain of its former employees (Doc. No. 13), and one to compel a non-party to appear for deposition (Doc. No. 14). On review, both motions will be denied without prejudice.

First, neither motion complies with Local Rule 1.08 or the presiding District Judge's standing order on typography requirements. *See In re: Local Rule Amendments*, No. 6:21-mc-3-Orl-WWB, Doc. No. 1 (M.D. Fla. Jan. 13, 2021), *available at* https://www.flmd.uscourts.gov/standing-order-judge-berger-revised-local-rules.

Second, neither motion cites any legal authority supporting the specific relief Plaintiff requests. A brief recitation of "relevancy and practicality" with citation to Florida law in one of the motions, *see* Doc. No. 13, at 2, particularly when this case is in federal court, does not suffice.

Third, as it relates to the motion to compel a non-party deposition, Plaintiff states that the deposition was noticed for July 13, 2022. Doc. No. 14, 1. But the case was not removed to federal court until October 6, 2022. Doc. No. 1. Plaintiff does not address the propriety of the discovery sought, particularly given that

- 3 -

discovery generally does not commence in federal court until the parties conduct a Rule 26(f) case management conference.  *See* Fed. R. Civ. P. 26(d)(1).

Any renewed motion must address these deficiencies.

**DONE** and **ORDERED** in Orlando, Florida on March 15, 2023.

*Leslie Hoffman Price*
LESLIE HOFFMAN PRICE
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Parties